# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

JOYCE MARIE THOMAS GATLIN
AND ARCHIE W. WILKINS, SR. (as
Administrator of the Estate of Mark
Aven Wilkins)            PLAINTIFFS

v.            NO. 3:07cv651 TSL-JCS

TNEMEC COMPANY, INC.            DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court pursuant to the joint *ore tenus* motion of Plaintiffs, Joyce Marie Thomas Gatlin and Archie Wilkins, Sr., as Administrator of the Estate of Mark Aven Wilkins; Defendant, Tnemec Company, Inc; Intervenor, American Interstate Insurance Company; and Intervenor, Tom Griffin, for the dismissal of all claims asserted in this matter with prejudice. The Court is informed that the parties have reached and consummated a mutually acceptable resolution of this matter and that all parties consent to the dismissal of this action in its entirety with prejudice.

IT IS THEREFORE ORDERED that all claims in this matter are hereby dismissed with prejudice with each party to bear its own costs.

SO ORDERED, this 1st day of Sept., 2009.

_____
TOM S. LEE
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

_____
MEADE W. MITCHELL, ESQ. (MS Bar #9649)
ATTORNEY FOR TNEMEC COMPANY, INC.

Jackson 4199295v1

*s/Brad Pigott*
BRAD PIGOTT, ESQ. (MS Bar #4350)
ATTORNEY FOR PLAINTIFFS, JOYCE MARIE
THOMAS GATLIN AND ARCHIE W. WILKINS, SR.
(as Administrator of the Estate of Mark Aven Wilkins)


*s/Loraleigh Phillips*
LORALEIGH PHILLIPS, ESQ. (MS Bar #102326)
ATTORNEY FOR INTERVENOR, AMERICAN
INTERSTATE INSURANCE COMPANY


*s/Johnell M. Matthews*
JOHNELL M. MATTHEWS, ESQ. (MS Bar #100539)
ATTORNEY FOR INTERVENOR, TOM GRIFFIN


Jackson 4209511v1